IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Robert E. Christner <br><br> Debtor | Bankruptcy No. 13-24726 CMB <br><br> Chapter 7 <br><br> Document No. 19 |

ORDER

AND NOW, this 19th day of February, 2014, upon consideration of the Reaffirmation Agreement between Debtor and American Honda Finance Corp.;

WHEREAS, pursuant to the Reaffirmation Agreement, Debtor agrees to reaffirm obligations under a lease agreement; and

WHEREAS 11 U.S.C. §365(p)(2) sets forth the procedure by which a debtor may assume a lease;

It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. A rule to show cause hearing is scheduled for March 11, 2014 at 12:00 P.M. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time Counsel for Debtor shall appear and show cause why the Debtor is reaffirming lease obligations as opposed to assuming the lease pursuant 11 U.S.C. §365(p)(2).

2. Debtor may appear, but is not required to appear, at the hearing.

Carlota M. Böhm, United States Bankruptcy Judge

Cm:    (to be mailed by case administrator)

| Robert Edward Christner <br> 800 Royal Drive, #166 <br> South Park, PA 15129 | Christopher M. Frye, Esq. <br> 707 Grant Street, Suite 2830 <br> Pittsburgh, PA 15219 | American Honda Finance Corp <br> PO box 168088 <br> Irving TX 75016-8088 |
|---|---|---|