**PROCEEDING MEMO**

12:00 P.M.

Date:  MARCH 11, 2014

In re:  ROBERT E. CHRISTNER

Bankruptcy No. 13-24726-CMB

Doc. # 19

Appearances:

   Plaintiff(s):  ~~Christopher M. Frye~~  *Julie Steidl* ✓

   Defendant(s):

   Creditor(s):

Nature of Proceeding:  Rule to Show Cause Hearing Why the Debtor is Reaffirming Lease Obligations as Opposed to Assuming the Lease vs. Honda Finance Corp.

Additional Pleadings:

Judge's Notes:  *Lease Order entered*

Outcome:

_____Motion is GRANTED  _____Order entered

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED  _____Order entered

_____Reschedule for Proper Service

_____Case DISMISSED  _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

FILED
MAR 11 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

Carlota M. Böhm
U. S. Bankruptcy Judge