IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT E. CHRISTNER | ) | Bankruptcy No. 13-24726-CMB |
| | ) | |
| | ) | Related to Doc. #19 |
| | ) | |
| Debtor(s) | ) | Chapter 7 |

### ORDER

AND NOW, this __11th__ of __MARCH__, 20__14__, upon consideration after a rule to show cause hearing regarding the Debtor's Reaffirmation Agreement with American Honda Finance Corp., the Court finds that, although filed as a Reaffirmation, the agreement contained therein is an agreement by Debtor to assume a lease. The procedure by which a debtor may assume a lease is set forth in 11 U.S.C. Section 365(p)(2) and such assumption is not subject to court approval. Therefore, the Court will not review the agreement as a reaffirmation and will neither approve nor disapprove it as it is intended to be an assumption of a lease.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the rule is satisfied and discharged.

Carlota M. Böhm
U.S. Bankruptcy Judge

cm:   Debtor(s)
American Honda Finance Corp., P.O. Box 168088, Irving, TX 75016-8088
Counsel for Debtor(s)
(to be mailed by case administrator)

FILED
MAR 11 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA